Keller W. Allen, WSBA No. 18794
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA 99201
Telephone: (509) 777-2211
Facsimile: (509) 777-2215

Attorneys for Defendants

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTRE FOR NEURO SKILLS,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL SERVICE CORPORATION OF EASTERN WASHINGTON, a Washington corporation, et al.,<br><br>Defendants. | Case No. CS-03-0212-EFS<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL WITH PREJUDICE** |
| MARK C. MCINTYRE, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MEDICAL SERVICE CORPORATION OF EASTERN WASHINGTON, a Washington corporation, et al.,<br><br>Defendants. | |

ORDER OF DISMISSAL WITH
PREJUDICE - Page 1

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

Pursuant to the Stipulation of the Plaintiffs and Defendants,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action, including all claims, counterclaims, and crossclaims, whether asserted or unasserted, be dismissed with prejudice and without taxation of costs or attorney's fees to any party.

DATED this 17th day of May, 2005.

*[signature]*

EDWARD F. SHEA
United States District Judge

ORDER OF DISMISSAL WITH
PREJUDICE - Page 2

ALLEN & McLANE, P.C.
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215